**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

ALYSSA FRAHER

        Plaintiff,

v.                                                                 CASE NO. 4:25-cv-01286

EXPERIAN INFORMATION SOLUTIONS,
INC., ET AL.,

        Defendants.

_____

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO EXPERIAN INFORMATION SOLUTIONS, INC**

**NOW COME** Plaintiff and Experian Information Solutions, Inc. ("Experian"), by and through their undersigned counsel, and hereby jointly request that this Court dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Experian only in the above-styled action, with Plaintiff and Experian to bear their own fees, costs and expenses.

This Joint Stipulation does not impact Plaintiff's claims against any other Defendant.

Respectfully submitted this June 9, 2026.

*/s/Jonathan Raburn*
Jonathan Raburn
ATTORNEY FOR PLAINTIFF
Louisiana Bar Roll No. 28728
Raburn Kaufman, LLC
6108 Siegen Lane, Ste. B
Baton Rouge, Louisiana 70809
jraburn@raburnkaufman.com
Telephone: 225-412-2777

/s/ *Lauren Bustamante*
Lauren Bustamante State
Bar No. 24148852
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: +1.832.239.3814
Facsimile: +1.832.239.3600
Email: lbustamante@jonesday.com

*Attorney for Defendant Experian Information
Solutions, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 9th of June 2026, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will serve a copy of the aforesaid via Notice of Electronic Filing upon all parties of record.

*/s/ Jonathan Raburn*

Jonathan Raburn
ATTORNEY FOR PLAINTIFF
Louisiana Bar Roll No. 28728
Raburn Kaufman, LLC
6108 Siegen Lane, Ste. B
Baton Rouge, Louisiana 70809
jraburn@raburnkaufman.com
Telephone: 225-412-2777