IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ALYSSA FRAHER | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-01286 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC. and EQUIFAX | § | |
| INFORMATION SERVICES, LLC, | § | |
| | § | |
| *Defendants.* | § | |

## ACKNOWLEDGEMENT OF JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

The Court has received the Parties' Joint Stipulation of Dismissal with Prejudice as to Experian Information Solutions, Inc. filed in the above-styled matter. [Dkt. 16]. The Parties jointly stipulate to the dismissal, with prejudice, of each claim and count asserted by Plaintiff against Defendant Experian in this matter.

Accordingly, the Court acknowledges that Plaintiff's claims against Defendant Experian Information Solutions, Inc. are hereby **DISMISSED WITH PREJUDICE**.

It is **ORDERED** that the Parties shall bear their own attorney's fees and costs with respect to the above claims and that all pending motions filed by or against Defendant Experian in this matter are hereby **DENIED AS MOOT**.

All claims not previously dismissed remain pending.

**SIGNED this 11th day of June, 2026.**

_____
Michael J. Truncale
United States District Judge